IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG LOU MAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:20-CV-1163-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On September 21, 2020, the Court directed Plaintiff to show cause in writing why this action should not be dismissed for failure to provide the Court notice of submission of service documents to the United States Marshal. See ECF No. 7. Plaintiff filed a response indicating that service by certified mail was initiated by Plaintiff without assistance from the United States Marshal. See ECF No. 9. Good cause appearing therefor, the order to show cause is hereby discharged.

　　　　　IT IS SO ORDERED.

Dated: October 20, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1