IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG LOU MAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:20-CV-1163-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the Court is the parties' stipulation, ECF No. 14, for an extension of time for Plaintiff to file a dispositive motion.  Good cause appearing therefor, the parties' stipulation is approved.  Plaintiff's dispositive motion is due by January 6, 2021.  All other scheduling deadlines are extended accordingly.

　　　　IT IS SO ORDERED.


Dated:  December 17, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1